LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 974-1781<br>FAX (212) 208-2981 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

December 1, 2022

**Via ECF and Email**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*/s/ Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 6, 2022

Re:   United States v. Martin Pujols,
      16 Cr. 310 (PGG)

Dear Judge Gardephe:

I request that Mr. Pujols's conditions of his supervised release be modified to permit him to travel to the Dominican Republic from January 3, 2023, to January 13, 2023, to visit his ailing father. If allowed to travel, he will stay at his father's home in Sano Domingo.

The Government (by AUSA Kyle Wirshba) and Probation do not take a position.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano

cc:  Kyle Wirshba, AUSA (by ECF and email)