# TURANO LAW

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

July 20, 2023

**Via ECF** Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Martin Pujols</u>,
16 Cr. 310 (PGG)

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 21, 2023

Dear Judge Gardephe:

I request that Mr. Pujols's conditions of his supervised release be modified to permit him to travel to the Dominican Republic from July 26, 2023, to August 16, 2023, to visit his father. If allowed to travel, he will stay at his father's home in Sano Domingo.

The Government (by AUSA Kyle Wirshba) consents and Probation does not oppose the request.

Respectfully submitted,

/s/ Stephen Turano

Stephen Turano

cc: Kyle Wirshba, AUSA (by ECF and email)